## Commonwealth *v.* Bordner, Appellant.

Before LIPSITT, J.

Submitted March 10, 1969. *Richard D. Walker,* Public Defender, for appellant; *Jerome T. Foerster,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Davis, Appellant.

Submitted March 10, 1969. *Arthur K. Dils,* Public Defender, for appellant; *Carl G. Wass,* Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.